```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JOSEPH S. BARONE,

                Plaintiff,

    -against-                                12 Civ. 4103 (LAK)

UNITED STATES OF AMERICA, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

        In a report and recommendation dated August 21, 2014, Magistrate Judge Michael H. Dolinger recommended that motions to dismiss the complaint by the federal defendants [DI 21] and the municipal defendants [DI 16] be granted in all respects, some of the claims with prejudice and others without prejudice. No objections to the report and recommendation have been filed although the time within which to have done so has expired. Accordingly, both motions are granted and the complaint is dismissed. The dismissal is with prejudice as to those claims enumerated on pages 66-67 of the report and recommendation and without prejudice to the filing, within thirty days of the date of this order, of an amended complaint repleading only those claims that have not been dismissed with prejudice.

        SO ORDERED.

Dated:      September 10, 2014

                                              _____
                                                    Lewis A. Kaplan
                                              United States District Judge