

U.S. Department of Justice

10/22/M

*United States Attorney*
*Southern District of New York*

―――――――――――――――――――――――――――――――――――――

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

October 22, 2014

**BY FACSIMILE**
The Honorable Michael H. Dolinger
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RECEIVED
OCT 22 2014
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE
S.D.N.Y.

Re:   *Barone v. United States, et al.*, No. 12-cv-4103 (LAK) (MHD)

Dear Judge Dolinger:

This office represents Defendants the United States of America, Agent Michael Gaeta, Agent Gregorio Miceli, and Agent Michael Trombetta in the above-referenced action. We write respectfully and with the consent of Plaintiff's counsel to request an extension of time to answer or otherwise respond to the recently-filed Amended Complaint from October 24, 2014, to December 12, 2014. *See* Dkt. Nos. 51, 52. No previous requests for an extension of this deadline have been made. I have conferred with Plaintiff's counsel, who consents to this request.

The reason for the request is the need to evaluate the raft of new allegations in the Amended Complaint, which bears little resemblance to the original Complaint filed in this matter (*see* Dkt. No. 1), and to coordinate with and obtain information from the Defendants relating to these new allegations. In addition, the undersigned counsel is temporarily on leave attending to family issues.

Thank you for your consideration of this matter.

Respectfully,
PREET BHARARA
United States Attorney

By:   */s/ Rebecca S. Tinio*
      REBECCA S. TINIO
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Tel.   (212) 637-2774
      Fax   (212) 637-2702

cc (by email):   Mark A. Weissman, Esq.
                 Suzanna H. Publicker, Esq.

ENDORSED ORDER
Application granted.

10/22/14     [signature]

TOTAL P.02