

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

December 15, 2014

**BY FACSIMILE**
The Honorable Michael H. Dolinger
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

12/15/14

Re: *Barone v. United States, et al.*, No. 12-cv-4103 (LAK) (MHD)

Dear Judge Dolinger:

This office represents Defendants the United States of America, Agent Michael Gaeta, Agent Gregorio Miceli, and Agent Michael Trombetta in the above-referenced action. We write respectfully and with the consent of Plaintiff's counsel to request a final short extension of time to file Defendants' motion to dismiss the Amended Complaint, from December 16, 2014, to December 19, 2014. See Dkt. No. 55. The reason for the request is the continuing unavailability of individuals within the Government needed to finally review and approve Defendants' motion to dismiss, due to foreign travel and medical reasons. Two previous requests, on consent, for an extension of this deadline were made, and were granted by the Court. See Dkt. Nos. 54, 55. I have conferred with Plaintiff's counsel, who consents to this request.

Because of this application, the parties also jointly request, respectfully, short extensions of the previously entered deadlines for Plaintiff's opposition to the motion to dismiss, and also for the Government's reply in further support of the motion, as follows:

- Plaintiff's opposition to the motion to dismiss shall be filed no later than: January 30, 2015

- Defendants' reply in further support of the motion to dismiss shall be filed no later than: February 20, 2015

No previous requests for extensions of these deadlines have been made. Thank you for your consideration of this matter.

ENDORSED ORDER
Application granted.
[signature]
12/15/14

## FAX Cover Sheet

Date:   December 15, 2014

To:   Lawton Wade Squires, Esq.
Mark Adam Weissman, Esq.
Herzfeld & Rubin, P.C.
125 Broad Street
New York, NY 10004
Fax: (212) 344-3333

Jose A. Muniz, Esq.
227 Broadway, Suite 108
New York, NY 10007
Fax: (212) 227-0397

Rebecca Sol Tinio, Esq.
U.S. Attorney's Office, SDNY
86 Chambers Street, 3rd Floor
New York, NY 10007
Fax: (212) 637-2702

Suzanna Publicker Mettham, Esq.
NYC Law Department
100 Church Street, RM2-171
New York, NY 10007
Fax: (212) 788-9776

Re:   <u>Barone v. United States of America et al</u>
12 cv 04103 (LAK) (MHD)

Text of enclosed endorsed order: "Application granted."

From:   Magistrate Judge Michael H. Dolinger
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007-1312

FAX (212) 805-7928

TELEPHONE NUMBER (212) 805-0204

This document contains <u>2</u> pages, including this cover sheet.