

**ZACHARY W. CARTER**
*Corporation Counsel*

T HE C ITY OF N EW Y ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**S UZANNA P UBLICKER M ETTHAM**
Senior Counsel
phone: (212) 788-1103
fax: (212) 788-9776
smettham@law.nyc.gov

December 26, 2014

**BY ECF**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:  <u>Joseph Barone v. United States of America, et al.</u>,
            12 CV 4103 (LAK)(MHD)

Your Honor:

       I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, assigned to the defense of the City of New York and the New York City Police Department (collectively "City Defendants") in the above-referenced matter. I write to advise the Court that January 9, 2015 will be my last day with the New York City Law Department, and that Assistant Corporation Counsel Ari Lichterman will be replacing me on the above-referenced matter. Mr. Lichterman will file his Notice of Appearance with the Court shortly.

                                  Respectfully submitted,

                                    /s/

                                  Suzanna Publicker Mettham
                                Senior Counsel

cc:    Honorable Michael H. Dolinger (By ECF)
        United States Magistrate Judge
        Southern District of New York
        500 Pearl Street
        New York, New York 10007

Lawton Wade Squires (By ECF)
Herzfeld & Rubin, P.C.
*Attorney for Plaintiff*
125 Broad Street
New York, New York 10004

Rebecca Tinio (By ECF)
Assistant United States Attorney
*Attorney for Federal Defendants*
86 Chambers Street, 3rd Floor
New York, New York 10007