UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JOSEPH S. BARONE,

                                         Plaintiff,

    -against-

UNITED STATES OF AMERICA, SPECIAL AGENTS MICHAEL GAETA, GREGORIO MICELI, AND MICHAEL TROMBETTA, in their official capacities as agents of the Federal Bureau of Investigation and in their individual capacities,

                                        Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

12 Civ. 4103 (LAK) (MHD)

        **PLEASE TAKE NOTICE** that ARIEL LICHTERMAN, Assistant Corporation Counsel, hereby appears as counsel for the City of New York and the New York City Police Department. All papers and Electronic Case Filing notifications in this matter should henceforth be served on Ariel Lichterman at the address listed below.

        I certify that I am admitted to practice before this Court.

Dated:  New York, New York
           January 21, 2015

                                                        ZACHARY W. CARTER
                                                        Corporation Counsel
                                                        of the City of New York
                                                        *Attorney for City of New York*
                                                        100 Church Street
                                                        New York, New York 10007
                                                        (212) 356-3520

                                                        By: _____/s/_____
                                                             ARIEL LICHTERMAN
                                                            Assistant Corporation Counsel
                                                           Special Federal Litigation Division

Index No. 12 Civ. 4103 (LAK) (MHD)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| JOSEPH S. BARONE,<br><br>                                                    Plaintiff,<br><br>                    -against-<br><br>UNITED STATES OF AMERICA, SPECIAL AGENTS MICHAEL GAETA, GREGORIO MICELI, AND MICHAEL TROMBETTA, in their official capacities as agents of the Federal Bureau of Investigation and in their individual capacities<br><br>                                                    Defendants. |
| **NOTICE OF APPEARANCE** |
| *ZACHARY W. CARTER*<br>*Corporation Counsel*<br>*of the City of New York*<br>*Attorney for Defendants*<br>*City of New York and the*<br>*New York City Police Department*<br>*100 Church Street*<br>*New York, N.Y.  10007*<br><br>*Of Counsel: Ariel Lichterman*<br>*Tel:  (212) 356-2422* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.  .......................................... ,2014*<br><br>*..................................................................... Esq.* |