UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JOSEPH S. BARONE

                                      Plaintiff,

        -against-                                   **12 CV 4103 (LAK)(MHD)**

UNITED STATES OF AMERICA, SPECIAL AGENTS
MICHAEL GAETA, GREGORIO MICELI, AND MICHAEL    **NOTICE OF CROSS-**
TROMBETTA in their official capacities as agents of the    **MOTION**
Federal Bureau of Investigation and in their individual
capacities,

                                      Defendants.
------------------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the accompanying Declaration of Mark A. Weissman dated January 29, 2015, and the memorandum of law dated January 29, 2015, Plaintiff Joseph S. Barone hereby cross moves this Court, before the Honorable Michael H. Dolinger, United States Magistrate Judge, in the United States Courthouse, 500 Pearl Street, New York, New York, for an Order (i) pursuant to Rule 6(e)(3)(E) of the Federal Rules of Criminal Procedure, unsealing and disclosing all materials and records of Grand Jury proceedings, including, but not limited to, testimony transcripts, charges, witness lists, and evidence, related to the case of *United States v. Joseph S. Barone*, No. 1:09-cr-00091-NRB, in the Southern District of New York, and the Indictment(s) returned therein; and (ii) granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
       January 29, 2015

                          HERZFELD & RUBIN, P.C.
                          *Attorneys for Plaintiff,*
                          *Joseph S. Barone*

                          /s/ Mark A. Weissman
                          Mark A. Weissman
                          Lawton W. Squires
                          125 Broad Street
                          New York, New York 10004
                          Tel: (212) 471-8500
                          Fax: (212) 344-3333
                          mweissman@herzfeld-rubin.com

To:    Rebecca S. Tinio, Esq.
        Assistant United States Attorney
        Office of the United States Attorney for
        Southern District of New York
        86 Chambers Street
        New York, New York 10007
        *Attorneys for Defendants*