```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
JOSEPH S. BARONE,                       :
                Plaintiff,              :     ORDER
        -against-                       :     12cv4103 (LAK)(MHD)
UNITED STATES OF AMERICA, et. al.,      :
                Defendants.             :
---------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

Plaintiff having a filed a cross-motion to unseal grand jury materials (docket nos. 61-62) on January 29, 2015, it is hereby **ORDERED** as follows:

1. Defendants' opposition is due by no later than **FRIDAY, FEBRUARY 20, 2015**, which is also the date on which defendants' reply is due on the pending motion to dismiss the amended complaint.

2. Plaintiff's reply to the opposition to its cross-motion is due by no later than **FRIDAY, FEBRUARY 27, 2015**.

Dated: New York, New York
       January 30, 2015

SO ORDERED.

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

**Lawton Wade Squires, Esq.**
**Mark Adam Weissman, Esq.**
Herzfeld & Rubin, P.C.
125 Broad Street
New York, NY 10004
Fax: (212)-344-3333

**Jose A. Muniz, Esq.**
227 Broadway
Suite 108
New York, NY 10007
Fax: (212) 227-0397

**Rebecca Sol Tinio, Esq.**
U.S. Attorney's Office, SDNY
86 Chambers Street, 3rd Floor
New York, NY 10007
Fax: (212) 637-2702

**Suzanna Publicker Mettham, Esq.**
**Ariel Shaun Lichterman, Esq.**
NYC Law Department
100 Church Street, RM2-171
New York, NY 10007
Fax: (212) 788-9776