

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

2/19/15

February 19, 2015

**BY FACSIMILE**
The Honorable Michael H. Dolinger
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *Barone v. United States, et al.*, No. 12-cv-4103 (LAK) (MHD)

Dear Judge Dolinger:

    This office represents Defendants the United States of America, Agent Michael Gaeta, Agent Gregorio Miceli, and Agent Michael Trombetta in the above-referenced action. After conferring with Plaintiff's counsel and reaching mutual agreement as to the requests herein, we write respectfully and on behalf of Defendants and Plaintiff to request short extensions of time to file: (1) Defendants' reply in support of their motion to dismiss the Amended Complaint and Defendants' opposition to Plaintiff's cross-motion to unseal grand jury materials, from February 20, 2015, to February 24, 2015; and (2) Plaintiff's reply in support of his cross-motion to unseal grand jury materials, from February 27, 2015, to March 6, 2015. *See* Dkt. No. 64. The reason for Defendants' request is that, especially in view of the new issues raised by Plaintiff's cross-motion, the Government requires additional time to thoroughly prepare, finalize, and obtain review within the Government of Defendants' reply and opposition papers. The reason for Plaintiff's request is the unavailability of Plaintiff's counsel at the end of this month and the beginning of March due to preparation for a mediation in another case.

    No previous requests for extensions of these deadlines have been made. Counsel for Defendants and for Plaintiff have conferred and mutually consent to these requests. Thank you for your consideration of this matter.

                              Respectfully,
                              PREET BHARARA
                              United States Attorney

ENDORSED ORDER
Application granted.

                By:   */s/ Rebecca S. Tinio*
                      REBECCA S. TINIO
                      Assistant United States Attorney
M/VSMJ        86 Chambers Street, 3rd Floor
2/19/15        New York, New York 10007
                      Tel.   (212) 637-2774
                      Fax   (212) 637-2702

## FAX Cover Sheet

**Date:**     February 19, 2015

**To:**     Lawton Wade Squires, Esq.
Mark Adam Weissman, Esq.
Herzfeld & Rubin, P.C.
125 Broad Street
New York, NY 10004
Fax: (212) 344-3333

Jose A. Muniz, Esq.
227 Broadway, Suite 108
New York, NY 10007
Fax: (212) 227-0397

Rebecca Sol Tinio, Esq.
U.S. Attorney's Office, SDNY
86 Chambers Street, 3rd Floor
New York, NY 10007
Fax: (212) 637-2702

Suzanna Publicker Mettham, Esq.
Ariel Shaun Lichterman, Esq.
NYC Law Department
100 Church Street, RM2-171
New York, NY 10007
Fax: (212) 788-9776

**Re:**     <u>Barone v. United States of America et al</u>
12 cv 04103 (LAK) (MHD)

Text of enclosed endorsed order: "Application granted."

**From:**     Magistrate Judge Michael H. Dolinger
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007-1312

FAX (212) 805-7928

TELEPHONE NUMBER (212) 805-0204

This document contains <u>2</u> pages, including this cover sheet.