

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street, 3rd floor
New York, New York 10007

2/24/15

February 24, 2015

**BY FACSIMILE**
The Honorable Michael H. Dolinger
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Barone v. United States, et al.*, No. 12-cv-4103 (LAK) (MHD)

Dear Judge Dolinger:

    This office represents Defendants the United States of America, Agent Michael Gaeta, Agent Gregorio Miceli, and Agent Michael Trombetta in the above-referenced action. We write respectfully to request a one-week extension of time to file Defendants' reply in support of their motion to dismiss the Amended Complaint and Defendants' opposition to Plaintiff's cross-motion to unseal grand jury materials, from February 24, 2015, to March 3, 2015. *See* Dkt. No. 65. The reason for Defendants' request is the temporary absence of the undersigned counsel due to the need to attend to a serious family illness. Because the extension of this deadline necessitates a corresponding one-week adjournment of Plaintiff's deadline to file a reply in support of his cross-motion to unseal grand jury materials, which is currently March 6, 2015, we also respectfully request on behalf of Plaintiff that the Court so-order an adjournment of Plaintiff's deadline to file a reply in support of his cross-motion to March 13, 2015.

    The Court granted one previous request for an extension of these deadlines. *See* Dkt. No. 65. I have conferred with Plaintiff's counsel, who consents to this request.

ENDORSED ORDER
Application granted.
[signature] USMJ
2/24/15

    Respectfully,
    PREET BHARARA
    United States Attorney

By:   /s/ Rebecca S. Tinio
    REBECCA S. TINIO
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Tel.  (212) 637-2774
    Fax  (212) 637-2702

cc (by email):  Mark A. Weissman, Esq.
                 Suzanna H. Publicker, Esq.
                 Ariel S. Lichterman, Esq.

## FAX Cover Sheet

**Date:**	**February 24, 2015**

**To:**	**Lawton Wade Squires, Esq.**
**Mark Adam Weissman, Esq.**
**Herzfeld & Rubin, P.C.**
**125 Broad Street**
**New York, NY 10004**
**Fax: (212) 344-3333**

**Jose A. Muniz, Esq.**
**227 Broadway, Suite 108**
**New York, NY 10007**
**Fax: (212) 227-0397**

**Rebecca Sol Tinio, Esq.**
**U.S. Attorney's Office, SDNY**
**86 Chambers Street, 3rd Floor**
**New York, NY 10007**
**Fax: (212) 637-2702**

**Suzanna Publicker Mettham, Esq.**
**Ariel Shaun Lichterman**
**NYC Law Department**
**100 Church Street, RM2-171**
**New York, NY 10007**
**Fax: (212) 788-9776**

**Re:**	**Barone v. United States of America et al**
**12 cv 04103 (LAK) (MHD)**

**Text of enclosed endorsed order: "Application granted."**

**From:**	**Magistrate Judge Michael H. Dolinger**
**United States District Court**
**Southern District of New York**
**500 Pearl Street, Room 1670**
**New York, New York 10007-1312**

**FAX (212) 805-7928**

TELEPHONE NUMBER (212) 805-0204

This document contains 2 pages, including this cover sheet.