

3/2/15

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, New York 10007

March 2, 2015

**BY FACSIMILE**
The Honorable Michael H. Dolinger
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Barone v. United States, et al.*, No. 12-cv-4103 (LAK) (MHD)

Dear Judge Dolinger:

    This office represents Defendants the United States of America, Agent Michael Gaeta, Agent Gregorio Miceli, and Agent Michael Trombetta in the above-referenced action. We write respectfully to request a final brief extension of time to file Defendants' reply in support of their motion to dismiss the Amended Complaint and Defendants' opposition to Plaintiff's cross-motion to unseal grand jury materials, from March 3, 2015, to March 6, 2015. *See* Dkt. No. 66. The reason for Defendants' request is the continuing need for the undersigned counsel to attend to a serious family illness. Because the extension of this deadline necessitates a corresponding adjournment of Plaintiff's deadline to file a reply in support of his cross-motion to unseal grand jury materials, which is currently March 13, 2015, we also respectfully request on behalf of Plaintiff that the Court so-order an adjournment of Plaintiff's deadline to file a reply in support of his cross-motion to March 17, 2015.

    The Court granted two previous requests for an extension of these deadlines. *See* Dkt. Nos. 65, 66. I have conferred with Plaintiff's counsel, who consents to this request.

ENDORSED ORDER
Application granted.
[signature] USMJ
3/2/15

    By:

Respectfully,
PREET BHARARA
United States Attorney

/s/ Rebecca S. Tinio
REBECCA S. TINIO
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.  (212) 637-2774
Fax  (212) 637-2702

cc (by email):    Mark A. Weissman, Esq.
                    Ariel S. Lichterman, Esq.