UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSEPH S. BARONE,

       *Plaintiff*,

    - v. -

UNITED STATES OF AMERICA,
SPECIAL AGENTS MICHAEL GAETA,
GREGORY MICELI and MICHAEL
TROMBETTA in their official capacities as
Agents of the Federal Bureau of Investigation
And in their individual capacities,

       *Defendants*.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOC
DATE FILED: 11/10/15

12 Civ. 4103 (LAK) (AJP)

**STIPULATION AND ORDER
OF EXTENSION AND
ADJOURNMENT**

    WHEREAS, this Action was filed on May 23, 2012;

    WHEREAS, an Amended Complaint was filed on October 14, 2014;

    WHEREAS, Defendants moved to dismiss the Amended Complaint, and that motion was fully briefed as of March 6, 2015;

    WHEREAS, on October 29, 2015, Magistrate Judge Dolinger issued a Report and Recommendation ("R&R") recommending that Defendants' motion be granted in part and denied in part;

    WHEREAS, the deadline for the parties to file objections to the R&R is either November 12, 2015, per Federal Rule of Civil Procedure 72, or November 16, 2015, as indicated on the docket (Dkt. No. 72);

    WHEREAS, counsel for the parties have conferred and mutually consent to and request: (1) an extension of the date to file objections to the R&R to December 14, 2015, and (2) an extension of the date to file responses to those objections to January 8, 2016;

WHEREAS, the reasons for these requests include: previously planned absences of counsel for the parties, the length and complexity of the R&R, and the need to obtain full client review of these filings;

WHEREAS, this is the first request that has been made for an extension of these deadlines;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Defendants, and their counsel, that:

1. The deadline for the parties to object to the R&R shall be December 14, 2015; and

2. The deadline for the parties to respond to objections to the R&R shall be January 8, 2016.

HERZFELD & RUBIN, P.C.
Attorneys for Plaintiff

By: /s/ Mark A. Weissman /RST
MARK A. WEISSMAN
125 Broad Street
New York, NY 10004
Tel. No.: (212) 471-8500
Fax No.: (212) 344-3333
Email: mweissman@herzfeld-rubin.com

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: /s/ Rebecca S. Tinio
REBECCA S. TINIO
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. No.: (212) 637-2774
Fax No.: (212) 637-2702
Email: rebecca.tinio@usdoj.gov

SO ORDERED:

Dated: New York, New York
November 10, 2015

HON. LEWIS A. KAPLAN, U.S.D.J.   11/10/15

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York